# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

MATT MADDOCK,

    Plaintiff,

v.

MICHIGAN HOUSE OF REPRESENTATIVES, et al.,

    Defendants.

Case No. 1:24-cv-00257-RJJ-SJB

Hon. Robert J. Jonker

Magistrate Judge: Sally J. Berens

## ORDER EXTENDING DEADLINES

Upon the stipulation of the parties and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Defendants' reply in support of their motion to dismiss shall be filed no later than June 5, 2024.

SO ORDERED.

DATED: May 24, 2024

/s/ Robert J. Jonker
Hon. Robert J. Jonker